IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLES LWANGA KISAVI, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:26-cv-2746-B (BT) |
| | § | |
| WARDEN, PRAIRIELAND | § | |
| DETENTION CENTER, | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are **ACCEPTED** as the Findings and Conclusions of the Court. The Court will dismiss this action without prejudice by separate judgment under Federal Rule of Civil Procedure 41(b).

**SIGNED this 26th day of October, 2026.**

**JANE J. BOYLE**
**SENIOR UNITED STATES DISTRICT JUDGE**